# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland corporation; COACH SERVICES, INC., a Maryland corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAC A MAIN, an unknown business entity; DANA LANTHIER, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 1:12-cv-00840-LJO-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THE GRANT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>(Docs. 15 and 18) |

    Plaintiffs Coach, Inc., and Coach Services, Inc., moved for Entry of Default Judgment against Defendants Sac a Main and Dana Lanthier. The matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On November 7, 2012, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be granted. The Findings and Recommendations provided thirty days for the filing of objections. No party filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed October 3, 2012, be adopted in full:

1

1. Plaintiffs are directed to submit proof of the financial basis for their calculation of the requested $100,000 statutory damages within seven days of this order.
2. Plaintiffs are further directed to submit a form of order setting forth appropriate language for an injunction enjoining Defendants from using the Coach Marks in connection with their sale and offering for sale of infringing products.

IT IS SO ORDERED.

Dated:   December 13, 2012              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE