# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland corporation; COACH SERVICES, INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAC A MAIN, an unknown business entity; DANA LANTHIER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:12-cv-00840-LJO-SMS<br><br>**ORDER GRANTING INJUNCTIVE RELIEF AND SETTING STATUTORY DAMAGES** |

Plaintiffs Coach, Inc. and Coach Services, Inc. sought default judgment for trademark infringement against Defendants Sac A Main and Dana Lanthier. The matter was referred to U.S. Magistrate Judge Sandra M. Snyder, pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304. On November 7, 2012, the Magistrate Judge filed Findings and Recommendations that Plaintiff's motion be granted, that an injunction restraining defendants' future use of the infringing marks be issued, that Plaintiff be directed to supplement the record regarding calculation of statutory damages, and that Plaintiff be awarded costs and attorneys' fees. On December 13, 2012, U.S. District Judge Lawrence J. O'Neill adopted the Findings and Recommendations, and directed Plaintiffs to supplement the record regarding the terms of the injunctive relief and the amount of statutory damages. Plaintiffs filed a memorandum and proposed order on December 18, 2012.

///

///

The Court having considered Plaintiffs' supplementary materials, the record as a whole, and applicable law now ORDERS:

1. Defendants shall be jointly and severally liable to Plaintiffs for statutory damages in the amount of $100,000.00;

2. The case being exceptional, Plaintiffs are entitled to reasonable attorneys' fees and costs. Within fourteen (14) days of this order, Plaintiffs shall file with Magistrate Judge Sandra M. Snyder a declaration of the costs and fees incurred as a result of this litigation;

3. Defendants, their officers, agents, servants, employees, and any other person acting in concert with them in any manner are permanently restrained and enjoined from infringing upon the Coach Marks, directly or indirectly. The Coach Marks include the trademark "COACH" and various composite trademarks and assorted design components collectively referred to as "Coach Marks." These include twelve unique marks illustrated in Exhibit 1 and registered under the following United States registration numbers: 751,493 (registered 06/25/1963); 1,071,000 (08/09/1977); 2,088,706 (08/19/1997); 3,157,972 (10/17/2006); 3,413,536 (04/15/2008); 3,251,315 (06/12/2007); 3,441,671 (06/03/2008); 2,252,847 (06/15/1999); 2,534,429 (01/29/2002); 1,309,779 (12/18/1984); 2,045,676 (03/18/1997); 2,169,808 (06/30/1998); 2,592,963 (07/09/2002); 2,626,565 (09/24/2002); 2,822,318 (03/16/2004); 2,832,589 (04/13/2004); 2,822,629 (03/16/2004); 3,695,290 (10/13/2009); 3,696,470 (10/13/2009); 3,012,585 (11/08/2005); 3,338,048 (11/11/2007); 2,162,303 (06/02/1998); and 2,088,707 (08/19/1997). Prohibited acts of infringement include, but are not limited to:

   a. Manufacturing importing, purchasing, distributing, advertising, offering for sale or selling any products bearing the Coach marks or marks that are confusingly similar to the Coach marks.

   b. Using the Coach Marks or any reproduction,

counterfeit, copy, or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale, or sale of merchandise.

c. Passing off or selling, or inducing or enabling others to pass off or sell, any products or merchandise that are not genuine Coach merchandise as genuine Coach merchandise.

d. Leasing space to any tenant, or otherwise providing space to any person, who is engaged in manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, or marketing any products which bear the Coach Marks or any marks or designs that are identical, substantially similar, or confusingly similar to the Coach Marks.

e. Committing any acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise.

f. Shipping, delivering, holding for sale, distributing, returning, transferring, moving, storing, or disposing in any manner of products falsely bearing the Coach Marks or any reproduction, counterfeit, copy, or colorable imitation of the Coach Marks.

g. Assisting, aiding, or attempting to assist or aid any other person or entity in performing any one or more of the actions prohibited by this paragraph 3.

4. The restrictions and prohibitions set forth in paragraph 3 shall remain in force in perpetuity.

5. The Court retains jurisdiction over this matter for the purpose of making any further

3

orders necessary or proper for the construction and enforcement of this judgment, including the imposition of any penalties for its violation.

6. Defendants shall personally serve copies of this order on the Defendants. Within the (10) days thereafter, Plaintiffs shall file proof of service with the Court.

7. The Clerk of Court is directed to enter judgment in this matter pursuant to this order.

Dated: January 14, 2013　　　　　　　　　　/s/Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

## EXHIBIT 1

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
|  | 1,071,000 | 08/09/1977 |
|  | 2,088,706 | 08/19/1997 |
|  | 3,157,972 | 10/17/2006 |
| Coach est. 1941 | 3,413,536 | 04/15/2008 |
| (Coach est. 1941 circular logo) | 3,251,315 | 06/12/2007 |
| COACH LEATHERWARE EST. 1941 | 3,441,671 | 06/03/2008 |
| COACH | 2,252,847 | 06/15/1999 |
|  | 2,534,429 | 01/29/2002 |
| COACH | 1,309,779 | 12/18/1984 |
|  | 2,045,676 | 03/18/1997 |
|  | 2,169,808 | 06/30/1998 |
| Signature "C" Logo | 2,592,963 | 07/09/2002 |
|  | 2,626,565 | 09/24/2002 |
|  | 2,822,318 | 03/16/2004 |
|  | 2,832,589 | 04/13/2004 |
|  | 2,822,629 | 03/16/2004 |
|  | 3,695,290 | 10/13/2009 |

| Mark | Registration No. | Date |
|---|---|---|
| Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |
| | 3,012,585 | 11/08/2005 |
| | 3,338,048 | 11/20/2007 |